UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT MCLEVY,

        Petitioner,

vs.                          Case No. 3:05-cv-583-J-99TEM

JAMES CROSBY,
etc.; et al.,

        Respondents.

## ORDER

On July 28, 2005, the Court entered an order dismissing this case for Petitioner's failure to pay the $5.00 filing fee or file a request to proceed <u>in forma pauperis</u> within thirty days of the commencement of this action. On July 29, 2005, the Clerk made an entry on the docket, reflecting that Petitioner paid the $5.00 filing fee on that date. Thereafter, Petitioner wrote a letter to the Clerk, pointing out that he timely paid the $5.00 filing fee on July 27, 2005. On August 16, 2005, the Clerk corrected the docket to reflect that the $5.00 fee was paid on July 27, 2005. Since the Petitioner timely paid the $5.00 filing fee on July 27, 2005, the Court will vacate the order of dismissal and direct the Clerk to reopen this case.

    **ORDERED:**

    1.  The Court's Order of Dismissal Without Prejudice (Doc. #4) is **VACATED.**

    2.    The **Clerk of the Court** shall **REOPEN** this case.

    3.    It appears that Petitioner has a motion to correct his sentence pending in state court. <u>See</u> Petition at 13-14. Accordingly, within **TWENTY (20) DAYS** from the date of this Order, Petitioner shall inform the Court what claims are now pending in state court in his motion to correct his sentence and whether he intends to seeks leave to amend his Petition to add any of those claims for this Court's review after the state court has ruled on his motion. Failure to do so will result in the dismissal of this action without further notice.

    **DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of August, 2005.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

ps 8/22
c:
Robert McLevy