```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

ROBERT MCLEVY,

       Petitioner,

vs.                           Case No. 3:05-cv-583-J-99TEM

JAMES CROSBY,
etc.; et al.,

       Respondents.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 24, 2005, the Court ordered Petitioner to inform the Court what claims were pending in state court in his motion to correct his sentence and whether he intended to seek leave to amend his Petition to add any of those claims for this Court's review after the state court ruled on his motion. Further, the Court notified Petitioner that failure to do so within twenty days of the order would result in the dismissal of this action without further notice. As of the date of this Order, there has been no response from Petitioner.

Therefore, it is now

**ADJUDGED:**

1.   This case is **DISMISSED** without prejudice.

2.   The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _19__ day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 9/19
c:
Robert McLevy

2