UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT MCLEVY,

        Petitioner,

vs.                                    Case No. 3:05-cv-583-J-20TEM

JAMES CROSBY,
etc.; et al.,

        Respondents.

## ORDER

Petitioner's November 7, 2005, Motion for Reconsideration and/or Rehearing (Doc. #11) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of November, 2005.

                                                UNITED STATES DISTRICT JUDGE

ps 11/21
c:
Robert McLevy